

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00153-CR

Tina Denise Hood **RYAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1039-CR-C
Honorable William D. Old III, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: June 23, 2021

DISMISSED

On May 13, 2021, the court reporter filed a Notification of Late Record stating she received an email from appellant's counsel indicating that appellant wishes to dismiss this appeal. On May 20, 2021, this court ordered that the appellant file either (1) a motion to dismiss in compliance with Texas Rule of Appellate Procedure 42.2(a) or (2) written proof that appellant has paid for the record or requested the record to be filed on or before May 31, 2021. On May 24, 2021, appellant filed a "Waiver of Appeal" in the trial court, signed by both appellant and her attorney, stating she did not wish to pursue this appeal. The trial court clerk forwarded it to this court. We construe

the Waiver of Appeal as a motion to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.2(a) and we grant the motion. *See* TEX. R. APP. P. 42.2(a).  This appeal is dismissed. *See id.*

PER CURIAM

DO NOT PUBLISH